| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED: January 4, 2022 11:49 AM<br>FILING ID: F693577E9AE4B<br>CASE NUMBER: 2022CV30009 |
| **Plaintiff: LARRISA REED**<br><br>v.<br><br>**Defendant: WALMART INC., DOLLAR TREE STORES, INC., and JOHN DOE #1.** | ▲ Court Use Only ▲ |
| *Attorneys for Plaintiff:*<br>James J. Peters, Esq. #15195<br>Richard P. Poormon, Esq. #31614<br>PetersPoormon, LLC<br>1245 E Colfax Avenue, Suite 202<br>Denver, Colorado 80218<br>Tel: 303-504-4737<br>Email: Richard@poormonlaw.com<br>lawyer@poormonlaw.com<br>attorney@poormonlaw.com<br>jjpeterslaw58@gmail.com | Case No.:<br><br>Courtroom: |
| **COMPLAINT** ||

  **COMES NOW** the Plaintiff, Larrisa Reed, by and through her attorneys, PetersPoormon, LLC, hereby submits his Complaint against the Defendants, Walmart, Inc., and Dollar Tree Stores, Inc. in support thereby Plaintiff states, as follows:

### A. PARTIES, VENUE, AND JURISDICTION

1. The Plaintiff, Larrisa Reed, resides at 507 S. Cedar Street, Colorado Springs, CO 80903.

2. The Defendant, Walmart, Inc. is a foreign corporation with a registered agent located at 7700 E. Arapahoe Road, Suite 220 Centennial, Colorado 80112.

3. The Defendant, Dollar Tree Stores, Inc. is a foreign corporation with a registered agent located at 1900 W. Littleton Boulevard, Littleton, Arapahoe County, CO 80120.

4. The Defendant, John Doe #1 is the owner or franchisee of a Dollar Tree store located at 2730 E. Platte Avenue in Colorado Springs, Colorado 80909.

**EXHIBIT A**

5. Plaintiff's medical bills are no less than $41,204.52. Plaintiff's health care treatment remains ongoing.

6. Pursuant to C.R.C.P. 98 (c) venue is appropriate in Arapahoe County because at least one of Defendant's registered agents was located at and served in Arapahoe County.

7. Pursuant to C.R.S. 13-1-124 jurisdiction is appropriate in the District Court of Arapahoe County, Colorado.

## B. GENERAL ALLEGATIONS

8. On July 12, 2020 Plaintiff walked into the Defendant Walmart store located at 3201 E. Platte Avenue, Colorado Springs 80909.

9. Upon entering the Defendant Walmart store, Plaintiff slipped and fell on standing water within the store.

10. Plaintiff proceeded to fall on her right side injuring her right hip and her right shoulder.

11. This incident was reported to the Defendant, Walmart store manager.

12. There were no warning signs of the wet floor at the location of Plaintiff's fall visible at the Defendant, Walmart store.

13. The slip and fall incident was the result of the negligence of the Defendant, Walmart's failure to clear their store of excessive water at the location of Plaintiff's fall, and/or to warn of water at the location of Plaintiff's fall.

14. The excessive water in the store is a slip hazard and should have been removed or ameliorated prior to Plaintiff's fall..

15. Pursuant to C.R.S. 13-21-115(3)(c), the Defendant, Walmart's failure to remove or ameliorate the excess water on the store floor liability for injuries, damages, and losses sustained by Plaintiff as a result of her fall at the Defendant's store.

16. Defendant Walmart knew or should have known that the excessive water on this store's floor was a slip hazard.

17. On August 14, 2020, Plaintiff was shopping at the Defendant and John Doe #1's Dollar Tree Store located at 2730 E. Platte Avenue, Colorado Springs, Colorado 80909.

18. While shopping at the Defendant's Dollar Tree and John Doe #1's store, Plaintiff slipped and fell on standing water in the store. Plaintiff landed on her right shoulder during this fall.

19. The slip and fall incident was the result of the negligence of the Defendants, Dollar Tree and John Doe #1's failure to clear their store of excessive water at the location of Plaintiff's fall, and/or to warn of water at the location of Plaintiff's fall.

20. The excessive water in the store is a slip hazard and should have been removed or ameliorated prior to Plaintiff's fall.

21. Pursuant to C.R.S. 13-21-115 (3)(c), Dollar Tree and John Doe #1's failure to remove or ameliorate the excess water on the store floor liability for injuries, damages, and losses sustained by Plaintiff as a result of her at the defendant's store. Dollar Tree Stores Inc. and John Doe #1 knew of or should have known that the excessive water was a slip hazard.

22. As a result of her falls Plaintiff had medical treatment and medical bills following her two falls, as follows,

23. From July 12, 2020 to August 14, 2020:

| PAST MEDICAL EXPENSES | |
|---|---|
| American Medical Response | $2,664.80 |
| Emergency Medical Specialists | $1,056.00 |
| Memorial Hospital | $10,402.88 |
| Peak Vista Community Health Centers | $217.00 |
| Penrad Imaging | $90.00 |
| Dynamic Physical Therapy | $807.00 |
| Radiology & Imaging Consultants, P.C. | $175.00 |
| TOTAL: | $15,412.68 |

24. After August 14, 2020:

| PAST MEDICAL EXPENSES | |
|---|---|
| American Medical Response | $1,613.38 |
| Colorado Springs Imaging, LLC | $3,232.00 |
| Dynamic Physical Therapy | $1,780.00 |
| Emergency Medical Specialists | $797.00 |

3

| Memorial Hospital Central | $9,199.45 |
|---|---|
| Orthopedic Centers of Colorado | $3,369.00 |
| Physical Medicine of the Rockies | $961.11 |
| Radiology & Imaging Consultants, P.C. | $638.00 |
| Total Function Physical Therapy, P.C. | $4,202.00 |
| **TOTAL:** | **$25,791.94** |

25. Plaintiff future and noneconomic damages related to the incidents are as follows,

    a. Past, current, and future pain and suffering;
    b. Loss of enjoyment of life;
    c. Inconvenience; and
    d. Permanent impairment.

## C. FIRST CLAIM FOR RELIEF
### (Premises Liability - Walmart Stores, Inc.)

26. Plaintiff incorporates by reference all prior allegations as set forth herein.

27. On or about July 12, 2020 Plaintiff was injured on the Defendant's property when he slipped and fell on slipped water in Defendant store located at 3201 E. Platte Avenue Colorado Springs, Colorado 80909.

28. The spilled water in the store constitutes a slip hazard.

29. The defendant knew or should have known of this slip hazard.

30. The Defendant failed to protect their patrons such as the Plaintiff from this slip hazard.

31. Plaintiff was an invitee on the Defendant's premises at the time of his slip and fall pursuant to C.R.S. 13-21-115 (3)(c).

32. The Defendants are liable to the Plaintiff for her injuries, damages and losses as a result of Plaintiff's fall in Defendant's store on July 21, 2020.

## F. SECOND CLAIM FOR RELIEF
### (Premises Liability - Defendant Dollar Tree Stores, Inc. and John Doe #1)

33. Plaintiff incorporates by reference all prior allegations as set forth herein.

34. On or about August 14, 2020 Plaintiff was injured when she slipped and fell in the Defendant's store located at 2730 E. Platte Avenue, Colorado Springs, Colorado 80909.

35. The standing water located in the Defendants' store is a slip hazard.

36. These Defendants knew or should have known of this slip hazard.

37. These Defendants failed to protect their patrons such as the Plaintiff from this slip hazard.

38. Plaintiff was an invitee on the Defendants' premises at the time of this August 14, 2020 slip and fall at their store.

39. Pursuant to 13-21-115 (3)(c) the Defendants are liable to the Plaintiff for her injures, damages and losses as a result of Plaintiff's August 14, 2020 slip and fall at the Defendants' store.

**WHEREFORE**, the Plaintiff, Larissa Reed, prays for judgement against the Defendants, Walmart Stores Inc., Dollar Tree Stores, Inc., and John Doe #1, for past reasonable expenses, future medical expenses, past and future pain and suffering, past and future loss of enjoyment of life, past and future emotional pain and distress, and permanent injuries. Plaintiff further prays for judgement for a reasonable amount which will include prejudgement interest from the date of the accident as provided by law, and for the costs of the action including expert witness fees and for any other and further relief this Court deems appropriate.

Dated this 4th day of January, 2021.

                                Respectfully submitted,

                                ***/s/ James J. Peters***
                                James J. Peters
                                PetersPoormon, LLC

**Plaintiff's Address:**
507 S. Cedar Street
Colorado Springs, CO 80903